IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HAROLD REYNOLDS, (Trip);

              Plaintiff,

    vs.

VICKI KRAMER, Director, Nebraska
Department of Transportation; and DAVID
DAVIS, US Equal Employment Opportunity
Commission;

            Defendants.

**4:25CV3165**

**ORDER**

On July 17, 2026, the Court received an email inquiry from Plaintiff regarding the status of this case.  IT IS ORDERED:

1. Plaintiff is advised that his case is under review and the Court will issue its order on initial review in due course.

2. No further action will be taken on Plaintiff's email.  Plaintiff is cautioned that he may not submit future filings via email.

Dated this 22nd day of July, 2026.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge